UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TRIVA FIGUEROA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:20-cv-00181-ADA-JCM |
| | ) | |
| COLLECTO, INC. d/b/a EOS CCA, FOSTER AND MONROE LLC, and COASTAL RECOVERY GROUP LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL AS TO COLLECTO, INC.

Plaintiff, TRIVA FIGUEROA, ("Plaintiff"), through her attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, COLLECTO, INC. d/b/a EOS CCA, only, without prejudice. Case remains as to Defendants, FOSTER and MONROE, LLC, COASTAL RECOVERY GROUP, LLC and COMPLETE CREDIT SOLUTIONS, INC.

DATED: May 13, 2020          RESPECTFULLY SUBMITTED,

                                                  By: /s/ Michael S. Agruss
                                                      Michael S. Agruss
                                                      SBN: 6281600
                                                      Agruss Law Firm, LLC
                                                      4809 N. Ravenswood Ave., Suite 419
                                                      Chicago, IL 60640
                                                      Tel: 312-224-4695
                                                      Fax: 312-253-4451
                                                      michael@agrusslawfirm.com
                                                      Attorney for Plaintiff

I certify that on May 13, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Taylor Kosla
Taylor Kosla